```
BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO#: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364
```

04 11649 NMG

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE Dein

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST, BRANDI SWINDELL, GENERATION LIFE, and SURVIVORS OF THE ABORTION HOLOCAUST,<br>Plaintiffs,<br><br>vs.<br><br>TOM RIDGE, Secretary of the Department of Homeland Security, in His Official Capacity, W. RALPH BASHAM, Director of the United States Secret Service, in His Official Capacity, JOHN DOE AGENT, Field Agent in Charge of the Boston Office for the United States Secret Service, in His Official Capacity, JOHN DOE AGENTS 1 to 20, in Their Official Capacity as Special Agents for the United States Secret Service.<br>Defendants. | Case No.: No.<br><br>MOTION FOR LEAVE TO APPEAR PRO HAC VICE<br><br>RECEIPT # _____ 50 † 50 Prohac<br>AMOUNT $ _____<br>SUMMONS ISSUED ___ yes ___<br>LOCAL RULE 4.1 ___<br>WAIVER FORM ___<br>MCF ISSUED ___<br>BY DPTY. CLK. ___ TVM ___<br>DATE ___ 7/26/04 ___ |

Comes now the undersigned counsel and moves this motion to the Court pursuant to Local Rule 83.5.3 to be admitted Pro Hac Vice. Counsel informs the Court as follows:

MOTION - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Brian R. Chavez-Ochoa

Home Address:

3178 Crestview Drive

Valley Springs, California 95252

(209) 772-2981

Office Address:

Chavez-Ochoa Law Offices

4 Jean Street, Suite 4

Valley Springs, California 95252

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

(209) 772-3013

Fax (209) 772-3090

I am not a member of the Bar of the State of Massachusetts, however, I am a member in good standing with the State Bar of California and a member in good standing with the United States District Court for the Eastern District of California, having been admitted to the State Bar of California in December of 1997 and the United States District Court for the Eastern District of California in June of 1998, a member in good standing with the United States District Court for the Central District of California having been admitted in 1999.

I am also admitted Pro Hac Vice in the United States District Court for the District of Columbia having been so admitted on or about 1998; I was admitted Pro Hac Vice in the United States District Court for the Middle District of Alabama, having been so admitted in 2003, I am admitted to the United States Court of Appeals for the District of Columbia, I am admitted to the United States Court of Appeals for the Eleventh Circuit, having been admitted in 2003, and I am

MOTION - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

1. admitted to the Supreme Court of the United States. I am a member in good standing in all courts where I have been admitted.

2. This is the second time that I have practiced law in the State of Massachusetts.

3. I have never been denied admission to any court where I have sought to be admitted.

4. I do not have any pending matters or charges for disciplinary reasons.

5. I have never been cited for contempt of court in any court, state or federal.

6. I have never been disbarred nor sanctioned nor disciplined nor suspended by any court either federal or state.

7. I additionally agree to read and comport with the Local Rules of the United States District Court for the District of Massachusetts and to familiarize myself with same prior to filing any case and/or pleadings and/or appearing before this Court. I also agree to familiarize myself with the Standing Orders of this Court.

I hereby declare under penalty of perjury under the laws of the State of California and the laws of the United States of America and the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 24th day of July 2004 at Valley Springs, California, County of Calaveras.

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs

///
///
///
///
///

MOTION - 3

1  I hereby move the admission of Brian R. Chavez-Ochoa to appear Pro Hac Vice in the
2  above-entitled matter and I agree to enter an appearance on behalf of the plaintiffs.

3
4
5  _____
6  Thomas M. Harvey
   BBO #: 225050
7  1 Constitution Center
   First Floor
8  Boston, Massachusetts 02129
   (617) 886-0364
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION - 4

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 11, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN RICARDO CHAVEZ-OCHOA was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Senior Administrative Supervisor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

BRIAN R. CHAVEZ-OCHOA

190289

*was duly admitted to practice in this Court on*

*June 12, 1998*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on June 3, 2004*

_____Jack L. Wagner_____       _____P Warren_____
CLERK OF COURT                               P Warren - DEPUTY CLERK