BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO #: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST, BRANDI SWINDELL, GENERATION LIFE, and SURVIVORS OF THE ABORTION HOLOCAUST,<br>Plaintiffs,<br>vs.<br>TOM RIDGE, Secretary of the Department of Homeland Security, in His Official Capacity, W. RALPH BASHAM, Director of the United States Secret Service, in His Official Capacity, JOHN DOE AGENT, Field Agent in Charge of the Boston Office for the United States Secret Service, in His Official Capacity, JOHN DOE AGENTS 1 to 20, in Their Official Capacity as Special Agents for the United States Secret Service.<br>Defendants. | Case No.:<br><br>APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SUPPORTING DECLARATION<br><br>**REQUEST FOR ORAL ARGUMENT**<br><br>04 11649 NMG |

Plaintiffs make this Application for Temporary Restraining Order pursuant to

Fed.R.Civ.P. 65, and is based on the facts set forth in the Declaration of Patrick J. Mahoney

APPLICATION - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

included herewith. In addition, plaintiffs file simultaneously herewith their memorandum of law in support of the temporary restraining order.

Plaintiffs hereby apply for entry of a Temporary Restraining Order wherein the defendants, their agents, servants, employees, and attorneys, and those acting in active concert with them be denied the authority to leave the sidewalks open generally to other uses while closing the sidewalks to First Amendment Activities for the week of July 26 through August 1, 2004 during the Democratic National Convention, and furthermore, deny the defendants the power to close Louisburg Square and Pinckney Street to First Amendment activity for the reasons articulated in the plaintiffs' complaint until this matter can be heard on its merits.

In the interim, it is respectfully requested that the Court order these defendants to refrain from leaving the sidewalks open generally to other uses while closing the sidewalks to First Amendment Activities for the Week of July 26 through August 1, 2004 during the Democratic National Convention and furthermore, deny the defendants the power to close Louisburg Square and Pinckney Street to First Amendment activity for the reasons articulated in the plaintiffs' complaint until this matter can be heard on its merits.

In support of this application, plaintiffs stress that (1) the issuance of a Temporary Restraining Order is necessary before a hearing on the plaintiffs Preliminary Injunction to prevent irreparable harm to plaintiffs and others; (2) there is a likelihood that plaintiffs will prevail on the merits of the Application for Preliminary Injunction; (3) the threatened injury to plaintiffs far outweigh any possible harm a Temporary Restraining Order could conceivably cause the defendants; and (4) issuing a Temporary Restraining Order will clearly serve the public interest by upholding the Constitution of the United States.

APPLICATION - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Unless this Court enjoins the defendants, plaintiffs' constitutional rights will be violated in that the First Amendment rights of these plaintiffs' will be infringed upon and violated by the closure of public sidewalks traditionally considered to be public fora to First Amendment activities while leaving said sidewalks open to other general uses and/or for closing a sidewalk for reasons articulated in the plaintiffs' complaint, hereby incorporated by reference; a violation of the First and Fourteenth Amendments to the United States Constitution. The closing of the sidewalks to First Amendment activity while leaving the sidewalks open to other uses and/or closing a sidewalk for reasons articulated in the plaintiffs' complaint will result in irreparable injury and deprivation to the plaintiffs of their First and Fourteenth Amendments rights guaranteed by the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court enter a Temporary Restraining Order whereby defendants be denied the authority to leave the sidewalks open generally to other uses while closing the sidewalks to First Amendment Activities for the week of July 26 through August 1, 2004 during the Democratic National Convention and furthermore, deny the defendants the power to close Louisburg Square and Pinckney Street to First Amendment activity for the reasons articulated in the plaintiffs' complaint until this matter can be heard on its merits. The relief sought is for a period of ten days or until the issuance of a Preliminary Injunction, from the facts set forth above, and that a bond be waived or nominal bond be required.

Dated: July 23, 2004.

////

////

///

APPLICATION - 3

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Respectfully submitted,

CHAVEZ-OCHOA LAW OFFICES

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090


_____
Thomas M. Harvey
BBO #: 225050
1 Constitution Center, First Floor
Boston, Massachusetts 02129
(617) 886-0364

APPLICATION - 4

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090