BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO#: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST, BRANDI SWINDELL, GENERATION LIFE, and SURVIVORS OF THE ABORTION HOLOCAUST,<br>Plaintiffs,<br><br>vs.<br><br>TOM RIDGE, Secretary of the Department of Homeland Security, in His Official Capacity, W. RALPH BASHAM, Director of the United States Secret Service, in His Official Capacity, JOHN DOE AGENT, Field Agent in Charge of the Boston Office for the United States Secret Service, in His Official Capacity, JOHN DOE AGENTS 1 to 20, in Their Official Capacity as Special Agents for the United States Secret Service.<br>Defendants. | Case No.:<br><br>04 11649 NMG<br><br>PETITION FOR PRELIMINARY INJUNCTION |

Plaintiffs make this Petition for a Preliminary Injunction pursuant to Fed.R.Civ.P. 65, and is based on the facts set forth in the Declaration of Patrick J. Mahoney included herewith, and

PETITION - 1

any and all additional evidence that may be presented at the preliminary hearing. In addition, plaintiffs file simultaneously herewith their memorandum of law in support of the injunction.

Plaintiffs hereby apply for entry of a preliminary injunction wherein the defendants, their agents, servants, employees, and attorneys, and those acting in active concert with them be denied the authority to leave the sidewalks open generally to other uses while closing the sidewalks to First Amendment Activities for the week of July 26 through August 1, 2004 during the Democratic National Convention, and furthermore, deny the defendants the power to close Louisburg Square and Pinckney Street to First Amendment activity for the reasons articulated in the plaintiffs' complaint until this matter can be heard on its merits.

In support of this application, plaintiffs stress that (1) the issuance of a Preliminary Injunction is necessary to prevent irreparable harm to plaintiffs and others. Unless this Court enjoins the defendants, plaintiffs' constitutional rights will continue to be violated in that the newly enacted closure of Louisburg Square and Pinckney Street is an unconstitutional prior restraint on these plaintiffs First Amendment rights, amounts to viewpoint and content based discrimination against the plaintiffs', and infringes upon and violates the plaintiffs' First Amendment rights by summarily suspending the First Amendment rights of these plaintiffs for reasons of National Security while leaving open the same avenue to others, a violation of the First and Fourteenth Amendments to the United States Constitution. Enforcement of the newly enacted closure of Louisburg Square and Pinckney Street will result in irreparable injury and deprivation to the plaintiffs of their First and Fourteenth Amendments rights guaranteed by the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court enter a Preliminary Injunction ordering the defendants from the facts set forth above, most specifically:

PETITION - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

Order the defendants, their agents, servants, employees, and attorneys, and those acting in active concert with them be denied the authority to leave the sidewalks open generally to other uses while closing the sidewalks to First Amendment Activities for the week of July 26 through August 1, 2004 during the Democratic National Convention, and furthermore, deny the defendants the power to close Louisburg Square and Pinckney Street to First Amendment activity for the reasons articulated in the plaintiffs' complaint until this matter can be heard on its merits.

Dated: July 23, 2004.

Respectfully submitted,

CHAVEZ-OCHOA LAW OFFICES

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090


_____
Thomas M. Harvey
BBO #: 225050
1 Constitution Center, First Floor
Boston, Massachusetts 02129
(617) 886-0364

PETITION - 3

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090