1  BRIAN R. CHAVEZ-OCHOA
   CALIFORNIA STATE BAR #190289
2  CHAVEZ-OCHOA LAW OFFICES
   4 JEAN STREET, SUITE 4
3  VALLEY SPRINGS, CALIFORNIA 95252
   (209) 772-3013
4  FAX (209) 772-3090

5  THOMAS M. HARVEY
   BBO#: 225050
6  1 CONSTITUTION CENTER
   FIRST FLOOR
7  BOSTON, MASSACHUSETTS 02129
   (617) 886-0364
8
   Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11           FOR THE DISTRICT OF MASSACHUSETTS

12

13  REV. PATRICK J. MAHONEY, CHRISTIAN )  Case No.:
    DEFENSE COALITION, OPERATION        )
14  RESCUE BOSTON and OPERATION         )  04 11649 NMG
    RESCUE WEST, BRANDI SWINDELL,       )
15  GENERATION LIFE, and SURVIVORS OF   )  CERTIFICATION OF COMPLIANCE
    THE ABORTION HOLOCAUST,             )  PURSUANT TO RULE 65
16                                      )
            Plaintiffs,                 )
17                                      )
        vs.                             )
18                                      )
    TOM RIDGE, Secretary of the Department of )
19  Homeland Security, in His Official Capacity, )
    W. RALPH BASHAM, Director of the United )
20  States Secret Service, in His Official Capacity, )
    JOHN DOE AGENT, Field Agent in Charge )
21  of the Boston Office for the United States )
    Secret Service, in His Official Capacity, JOHN )
22  DOE AGENTS 1 to 20, in Their Official )
    Capacity as Special Agents for the United )
23  States Secret Service.              )
            Defendants.                 )
24  _____)
25
26
27
28

RULE 65 - 1

COMES NOW the undersigned counsel, and hereby certifies that he made the following attempts to contact the defendants in regard to plaintiffs' Application for Temporary Restraining Order:

1. On July 23, 2004, I placed a telephone call to the United States Secret Service at their Boston office. I informed the person who answered the telephone of the plaintiffs' intent to file this complaint, including the injunctive relief sought herein. Shortly thereafter, I received a return telephone call from Ms. Jennifer Boal from the United States Attorney's Office. I informed her of the plaintiffs' intention to file this matter, including the injunctive relief sought herein, on Monday, July 26, 2004 at 10:00 a.m. in the United States District Court for the District of Massachusetts. Thereafter, I had a subsequent conversation with Mr. George Henderson, also of the United States Attorney's Office, wherein we discussed the possibility of a resolution. Mr. Henderson telephoned me after our conversation about the possible resolution, and informed me that the defendants had rejected the offer of the plaintiffs. Mr. Henderson inquired as to whether or not the plaintiffs' still intended to file this complaint and I indicated to him that the plaintiffs would on Monday, July 26, 2004 at 10:00 o'clock., in the United States District Court for the District of Massachusetts in Boston, Massachusetts.

Dated: July 23, 2004.

Respectfully submitted,

Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090

RULE 65 - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO#: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

REV. PATRICK J. MAHONEY, CHRISTIAN ) Case No.:
DEFENSE COALITION, OPERATION )
RESCUE BOSTON and OPERATION )
RESCUE WEST, BRANDI SWINDELL, ) CERTIFICATION OF COMPLIANCE
GENERATION LIFE, and SURVIVORS OF ) PURSUANT TO RULE 65
THE ABORTION HOLOCAUST, )
    Plaintiffs, )
     )
  vs. )
     )
TOM RIDGE, Secretary of the Department of )
Homeland Security, in His Official Capacity, )
W. RALPH BASHAM, Director of the United )
States Secret Service, in His Official Capacity, )
JOHN DOE AGENT, Field Agent in Charge )
of the Boston Office for the United States )
Secret Service, in His Official Capacity, JOHN )
DOE AGENTS 1 to 20, in Their Official )
Capacity as Special Agents for the United )
States Secret Service. )
    Defendants. )
_____ )

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

COMES NOW the undersigned counsel, and hereby certifies that he made the following attempts to contact the defendants in regard to plaintiffs' Application for Temporary Restraining Order:

1. On July 23, 2004, I placed a telephone call to the United States Secret Service at their Boston office. I informed the person who answered the telephone of the plaintiffs' intent to file this complaint, including the injunctive relief sought herein. Shortly thereafter, I received a return telephone call from Ms. Jennifer Boal from the United States Attorney's Office. I informed her of the plaintiffs' intention to file this matter, including the injunctive relief sought herein, on Monday, July 26, 2004 at 10:00 a.m. in the United States District Court for the District of Massachusetts. Thereafter, I had a subsequent conversation with Mr. George Henderson, also of the United States Attorney's Office, wherein we discussed the possibility of a resolution. Mr. Henderson telephoned me after our conversation about the possible resolution, and informed me that the defendants had rejected the offer of the plaintiffs. Mr. Henderson inquired as to whether or not the plaintiffs' still intended to file this complaint and I indicated to him that the plaintiffs would on Monday, July 26, 2004 at 10:00 o'clock., in the United States District Court for the District of Massachusetts in Boston, Massachusetts.

Dated: July 23, 2004.

Respectfully submitted,

Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090

RULE 65 - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

| | |
|---|---|
| 1 | BRIAN R. CHAVEZ-OCHOA |
| | CALIFORNIA STATE BAR #190289 |
| 2 | CHAVEZ-OCHOA LAW OFFICES |
| | 4 JEAN STREET, SUITE 4 |
| 3 | VALLEY SPRINGS, CALIFORNIA 95252 |
| | (209) 772-3013 |
| 4 | FAX (209) 772-3090 |
| 5 | THOMAS M. HARVEY |
| | BBO#: 225050 |
| 6 | 1 CONSTITUTION CENTER |
| | FIRST FLOOR |
| 7 | BOSTON, MASSACHUSETTS 02129 |
| | (617) 886-0364 |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST, BRANDI SWINDELL, GENERATION LIFE, and SURVIVORS OF THE ABORTION HOLOCAUST, | ) ) ) ) ) ) ) | Case No.: CERTIFICATION OF COMPLIANCE PURSUANT TO RULE 65 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TOM RIDGE, Secretary of the Department of Homeland Security, in His Official Capacity, W. RALPH BASHAM, Director of the United States Secret Service, in His Official Capacity, JOHN DOE AGENT, Field Agent in Charge of the Boston Office for the United States Secret Service, in His Official Capacity, JOHN DOE AGENTS 1 to 20, in Their Official Capacity as Special Agents for the United States Secret Service. | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

RULE 65 - 1

COMES NOW the undersigned counsel, and hereby certifies that he made the following attempts to contact the defendants in regard to plaintiffs' Application for Temporary Restraining Order:

1. On July 23, 2004, I placed a telephone call to the United States Secret Service at their Boston office. I informed the person who answered the telephone of the plaintiffs' intent to file this complaint, including the injunctive relief sought herein. Shortly thereafter, I received a return telephone call from Ms. Jennifer Boal from the United States Attorney's Office. I informed her of the plaintiffs' intention to file this matter, including the injunctive relief sought herein, on Monday, July 26, 2004 at 10:00 a.m. in the United States District Court for the District of Massachusetts. Thereafter, I had a subsequent conversation with Mr. George Henderson, also of the United States Attorney's Office, wherein we discussed the possibility of a resolution. Mr. Henderson telephoned me after our conversation about the possible resolution, and informed me that the defendants had rejected the offer of the plaintiffs. Mr. Henderson inquired as to whether or not the plaintiffs' still intended to file this complaint and I indicated to him that the plaintiffs would on Monday, July 26, 2004 at 10:00 o'clock., in the United States District Court for the District of Massachusetts in Boston, Massachusetts.

Dated: July 23, 2004.

Respectfully submitted,

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090

RULE 65 - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090