BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO #: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

REV. PATRICK J. MAHONEY, CHRISTIAN ) Case No.:
DEFENSE COALITION, OPERATION )
RESCUE BOSTON and OPERATION )
RESCUE WEST, BRANDI SWINDELL, )
GENERATION LIFE, and SURVIVORS OF ) CORPORATE DISCLOSURE STATEMENT
THE ABORTION HOLOCAUST, )
    Plaintiffs, )
  vs. )

04 11649 NMG

TOM RIDGE, Secretary of the Department of )
Homeland Security, in His Official Capacity, )
W. RALPH BASHAM, Director of the United )
States Secret Service, in His Official Capacity, )
JOHN DOE AGENT, Field Agent in Charge )
of the Boston Office for the United States )
Secret Service, in His Official Capacity, JOHN )
DOE AGENTS 1 to 20, in Their Official )
Capacity as Special Agents for the United )
States Secret Service. )
    Defendants. )

DISCLOSURE - 1

Pursuant to Local Rules of Court Rule 7.3, plaintiff Generation Life files this statement identifying any parent corporation and/or any publicly held company that owns 10% or more of the party's stock. Generation Life discloses as follows:

Generation Life does not have a parent corporation nor is Generation Life publicly held by any company that owns 10% or more of its stock.

Dated: July 23, 2004.

Respectfully submitted,

CHAVEZ-OCHOA LAW OFFICES

_____
Brian R. Chavez-Ochoa
California State Bar #190289
Lead Counsel for the Plaintiffs
4 Jean Street, Suite 4
Valley Springs, California 95252
(209) 772-3013
Fax (209) 772-3090


_____
Thomas M. Harvey
BBO #: 225050
1 Constitution Center, First Floor
Boston, Massachusetts 02129
(617) 886-0364

DISCLOSURE - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090