BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR #190289
CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

THOMAS M. HARVEY
BBO#: 225050
1 CONSTITUTION CENTER
FIRST FLOOR
BOSTON, MASSACHUSETTS 02129
(617) 886-0364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. PATRICK J. MAHONEY, CHRISTIAN DEFENSE COALITION, OPERATION RESCUE BOSTON and OPERATION RESCUE WEST, BRANDI SWINDELL, GENERATION LIFE, and SURVIVORS OF THE ABORTION HOLOCAUST,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>TOM RIDGE, Secretary of the Department of Homeland Security, in His Official Capacity, W. RALPH BASHAM, Director of the United States Secret Service, in His Official Capacity, JOHN DOE AGENT, Field Agent in Charge of the Boston Office for the United States Secret Service, in His Official Capacity, JOHN DOE AGENTS 1 to 20, in Their Official Capacity as Special Agents for the United States Secret Service.<br>　　　　　Defendants. | Case No.: 04 11649 NMG<br><br>NOTICE OF DISMISSAL |

COMES NOW the undersigned counsel pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) and files this Notice of Dismissal, without objection from the defendants, as to

DISMISSAL - 1

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090

the entire cause of action, and as to all plaintiffs and as to all defendants. The plaintiffs; and each of them; dismisses this matter against the defendants, and each of them, without prejudice. The parties shall each bear their own attorney's fees and costs.

Dated: July 29, 2004.

                Respectfully submitted,

                CHAVEZ-OCHOA LAW OFFICES

                Brian R. Chavez-Ochoa
                California State Bar #190289
                Lead Counsel for the Plaintiffs
                4 Jean Street, Suite 4
                Valley Springs, California 95252
                (209) 772-3013
                Fax (209) 772-3090
                * Admitted Pro Hac Vice

DISMISSAL - 2

CHAVEZ-OCHOA LAW OFFICES
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013
FAX (209) 772-3090